RENSSELAER RILEY et al., Appellants, *v.* JOHN C. HULBERT et al., Respondents.

(Argued November 13, 1882; decided November 21, 1882.)

*E. F. Bullard* for appellants.

*Charles S. Lester* for respondents.

Agree to affirm.   No opinions.
All concur.
Judgment affirmed.